# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,

                                                                                                        Plaintiff-Appellee,

v.                                    Case No.: 15-4190

CATYA CRAIG,

                                                                                                       Defendant-Appellant.

_____

On Appeal from the United States District Court for the Eastern District of Virginia,
4:14-cr-00032-A
Honorable Arenda L. Wright Allen

_____

### APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

COMES NOW, Appellant, Catya Craig, by her counsel, and respectfully moves this Court pursuant to Rule 31 of the Federal Rules of Appellate Procedure and Loc. R. 31 (c) for a 30-day extension of time, until August 5, 2015, in which to file her opening brief. Appellant's brief is currently due on July 6, 2015. Good cause exists for the requested extension as set forth in detail in the following Declaration of Mary Katherine Zekert. Appellee does not oppose this motion.

                                                    Respectfully Submitted,

                                                    CATYA CRAIG
                   BY: _____/s/_____

Mary Katherine Zekert, Esquire (VSB# 86946)
Bowen, Ten, Cardani, P.C.
3957 Westerre Parkway, Suite 105
Richmond, Virginia 23233
(804) 404-6871 Telephone
(804) 755-7550 Facsimile
mzekert@btclawva.com
       Counsel for Defendant-Appellant

# DECLARATION OF MARY KATHERINE ZEKERT IN SUPPORT OF APPELLANT'S MOTION FOR AN EXTENSION OF TIME

I, Mary Katherine Zekert, declare:

1. I am the counsel of record for the Appellant. I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.
2. Appellant is seeking a 30-day extension of time until August 5, 2015, within which to file her opening brief. Appellant's brief is currently due July 6, 2015. No previous extensions have been sought or granted.
3. The grounds for this extension are as follows:
    a. This appeal arises from a guilty plea in the District Court during which Appellant was represented by different counsel.
    b. Appellant is presently serving the sentence imposed by the District Court in Danbury, Connecticut.
    c. Prior to Appellant beginning her sentence, I met with Appellant in person in New York City. On May 21, 2015, I spoke Appellant on the phone while she was in prison, but I had not yet received the transcripts from the District Court. At that time, Appellant gave me the name and number of the person I should contact to get in touch with her.
    d. I received the requested transcripts on Friday, May 29, 2015, at 4:44 PM. On June 15, 2015, after carefully reviewing the record and researching relevant case law, I attempted to call Appellant at the number given to me. Since June 15, 2015, my legal assistant, Barbara Melton, and I have called the Federal Prison in Danbury, Connecticut repeatedly -- both at the number I was given, and other numbers listed – all of which have been unsuccessful, resulting in the calls being disconnected or ending with a voicemail.
    e. On June 18, 2015, I called and spoke to Appellant's mother in an effort to get in touch with her daughter, to no avail.

      f. I am the attorney with the responsibility for preparing Appellant's brief on appeal, and I am not able to do so competently and ethically until I speak to my client as to how she wishes to proceed.

4. I have exercised, and will continue to exercise, diligence regarding this appeal and I will file the brief by the requested due date.

5. I spoke to Attorney for the United States, Brian Samuels, and Mr. Samuels responded that Appellee would not oppose this request.

6. The court reporter is not in default with regard to any designated transcripts.

I declare this under penalty of perjury that the foregoing is correct.

Dated this 24th day of June, 2015, at Richmond, Virginia.

                                                /s/ Mary Katherine Zekert
                                                  Mary Katherine Zekert

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. The following will be served by the appellate CM/ECF system:

Brian J. Samuels. Esquire
Assistant United States Attorney
721 Lakefront Commons
Newport News, Virginia 23606
Office: (757) 591-4000
Facsimile: (757) 591-0866