# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

                                                                                                           Plaintiff-Appellee,

v.                                        Case No.: 15-4190

CATYA CRAIG,

                                                                                                           Defendant-Appellant.

On Appeal from the United States District Court for the Eastern District of Virginia,
4:14-cr-00032-A
Honorable Arenda L. Wright Allen

### APPELLANT'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS PURSUANT TO FRAP 42(B)

      **COMES NOW,** Appellant Catya Craig, by her counsel, and respectfully moves this Honorable Court to voluntarily dismiss this proceeding pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure. Appellant understands that this proceeding cannot be reinstated at a later date. Appellee does not oppose this motion. Appellant is currently imprisoned in Danbury, Connecticut, and an original signature could not be obtained from Appellant in a timely fashion. Pursuant to Loc. R. 42, Counsel for Appellant makes the following declaration regarding the Appellant's wishes to dismiss the Appeal and the efforts made to obtain an original signature.

      **WHEREFORE**, Appellant Catya Craig, prays that this Court grant her unopposed motion to voluntarily dismiss her Appeal pursuant to FRAP 42 (b); and that this Court pay counsel's fees and costs incurred in this matter in accordance with 18 U.S.C. § 3006A(d).

                                                  Respectfully Submitted,

                                                  CATYA CRAIG
                               BY: _____/s/_____

Mary Katherine Zekert, Esquire (VSB# 86946)
Bowen, Ten, Cardani, P.C.
3957 Westerre Parkway, Suite 105
Richmond, Virginia  23233
(804) 404-6871 Telephone
(804) 755-7550 Facsimile
mzekert@btclawva.com
    *Counsel for Defendant-Appellant*

## DECLARATION OF MARY KATHERINE ZEKERT OF THE EFFORTS MADE TO OBTAIN APPELLANT'S ORGINAL SIGNATURE

I, Mary Katherine Zekert, declare:

1. I am the counsel of record for the Appellant. I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2. As of my communication with Appellant on June 25, 2015, Appellant wanted to go forward on her Appeal currently pending before this court.

3. Appellants Opening Brief and Joint Appendix were due to be filed on August 5, 2015, and the Joint Appendix had been compiled and I was in the process of drafting Appellant's brief.

4. On Appellant's own accord, Appellant's Mother Constance Reni contacted me via email on Saturday July 25, 2015 to inform me that Appellant no longer wished to pursue her appeal.

5. On Monday July 27, 2015, I attempted to contact Appellant at Danbury Federal Prison to no avail.

6. On Tuesday July 28, 2015, I was able to speak to Appellant on the telephone.

7. Appellant and I discussed her reasoning behind her decision, and after our discussions and my legal advice regarding those concerns, Appellant still wished to withdraw her Appeal.

8. I also explained to Appellant that once she withdraws her Appeal, she will no longer be able to reinstate this proceeding, and Appellant acknowledged that she understood and still wished to go forward withdrawing the Appeal.

9. After I spoke to Appellant, I emailed the Attorney for the United States, Brian Samuels, and Mr. Samuels responded that Appellee would not oppose this request.

10. Given the short amount of time between Appellant's decision, as well as my subsequent conversation with Appellant, and the date the brief is due, it is impossible to obtain an original signature from Appellant.
11. I tried to obtain Appellant's signature via facsimile repeatedly between the dates of July 29- 31, 2015, but was unsuccessful.
12. I spoke to Appellant on the phone today, but she informed me the woman that would have to facilitate the facsimile was on vacation.
13. Appellant is currently being transported to Virginia to testify on behalf of the Government, so service on Appellant may be necessary after her location is determined.

I declare this under penalty of perjury that the foregoing is correct.

Dated this 3rd day of August, 2015, at Richmond, Virginia.

/s/ Mary Katherine Zekert
Mary Katherine Zekert

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. The following will be served by the appellate CM/ECF system:

Brian J. Samuels. Esquire
Assistant United States Attorney
721 Lakefront Commons
Newport News, Virginia 23606
Office: (757) 591-4000
Facsimile: (757) 591-0866

I hereby certify that on this 3rd day of August, 2015, I mailed a true and exact copy of the foregoing Motion and Declaration to Appellant, Catya Craig, via U.S. Mail at the following address:

Catya Craig, Number: 71341054
Federal Corrections Institute: Danbury
33 1/2 Pembroke Rd
Danbury, Connecticut 06811